UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

CHAPTER         7
DATE:           February 16, 2006
JUDGE:          Margaret Dee McGarity
CASE NO.:       05-44357-MDM
DEBTOR:         Dale and Kitty Eastman
NATURE OF HEARING:    Preliminary hearing on the debtors' objection to Mortgage Electronic Registration Systems, Inc.'s motion for relief from the automatic stay and abandonment.
APPEARANCES:    Charles Leppert, Attorney for Mortgage Electronic Registration Systems
                Patricia Zamba, Attorney for Debtors
COURTROOM DEPUTY:    Carolyn A. Belunas
TIME:           3:30 - 3:40 p.m.

The debtors have the necessary funds to bring their account current. They intend to enter into a reaffirmation agreement with the creditor. The court denied the motion for abandonment because it was not mailed to all creditors. The motion for relief from the automatic stay is granted effective on March 20, 2006.

Mr. Leppert will submit an order.