IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: March 27, 2006



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In re:

Dale R. Eastman and
Kitty M. Eastman,

    Debtors.

Chapter 7

Case No. 05-44357-MDM-7

### ORDER PURSUANT TO HEARING UPON MOTION OF
### MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
### FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

**Drafted by:**

Jay J. Pitner
Gray & End, L.L.P.
600 North Broadway
Suite 300
Milwaukee, WI 53202
Phone: (414) 278-8060
Fax:     (414) 224-1279
Email: jpitner@grayandend.com

Pursuant to the motion of Mortgage Electronic Registration Systems, Inc. for relief from the automatic stay and abandonment with respect to the property located at 11325 206th Avenue, Trevor, WI, this matter was heard on February 16, 2006, the movant appearing through its counsel, Gray & End, LLP, by Charles A. Leppert, and the debtors appearing through their attorney, Zamba Law Office, by Patricia A. Zamba and upon all the other files, records and proceedings herein,

IT IS HEREBY ORDERED that relief from the automatic stay is granted to the movant with respect to the property located at 11325 206th Avenue, Trevor, Wisconsin effective March 20, 2006.

IT IS FURTHER ORDERED that the motion for abandonment is denied.

###